November 6, 2013

Honorable John Gleeson, Judge

U. S. District Court

Brooklyn, N.Y.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 2 0 2013 ★

BROOKLYN OFFICE

13cr615

Re: Rhino Horn Theft, Michael Slattery, Jr.

Honorable Gleeson,

   Please accept this letter in an effort to further inform you about the illegal activites of the Slattery's, Michael Slattery, Jr., and the rest of these Irish Travellers from Rathkeal, Ireland.

   Back in 2018, I was awarded now totalling over a $1,000,000 Judgement in Baltimore Circuit Court (see attached) against this boys father & mother,( Michael Slattery, Sr. of Rathkeal, Ireland), and Wm. Holden of Yonkers, N.Y. (a convicted ex-con), for the theft of a $40,000 antique table from my antique gallery, here in Baltimore.

   FYI, Wm Holdens wife is an O'Brian (from Rathkeal) and her nephew Richard 'Kerry' O'Brian, Jr., Michael Slattery's Jr. cousin, is the Rhino Horn thief who was convicted in Denever, Colo., back in 2010 for stealing/dealing in stolen rhino horns.

   These Irish Travellers from Rathkeal are a small world of big time thieves who have been victimizing people all over the world, from France, Italy, Poland, to Australia to now New Zeland. Their exploits are well documented in two (2) books by the Irish Sunday World news reporter, Eamon Dillon.............Please see: "Gypsy Empire" & "Exposing the Underworld of the Irish Travellers"

   There are at least four (4) Irish Traveller family names, that are all connected to crime and to be looked out for. They are; "Slattery", "Sammy 'Buckshot' Quilligan" (a very weathly antiques dealer), "O'Brian" & "Sheridan" (he is actually Richard 'Kerry' O'Brian, Sr. and changes his name at will) . Some of their dealing are well documented in the above books.

   The reason that this young man was crying in your Courtroom, besides possibly being a big act, is that his father was arrested coming thru JFK airport back in 2007, in the matter of the table that he stole from me, and was incarcerated in the Queens jail. While in jail, several fellow inmates beat the father up and put him in the hospital for several days.

   My reason for contacting you here with all of this, is that it would be my suggestion, that part of his sentence for these Rhino Horn thefts, that he be Deported, and never to be allowed back into this country. Several countries, including Australia, have a history of doing this to other Irish Travellers from Rathkeal who have victimized their citzenry.

   If I can provide any additional information here, then please do not hesitate to contact me.

Respectfully,

*Elmer Mack* (signature)

Elmer Mack

839 N. Howard St.

Baltimore, Md. 21201

```
              CIRCUIT COURT FOR BALTIMORE CITY
                       Frank M. Conaway
                   Clerk of the Circuit Court
                        Courthouse East
                     111 North Calvert Street
                           Room 462
                       Baltimore, MD 21202-
            (410)-333-3722, TTY for Deaf: (410)-333-4389
```

N O T I C E   O F   R E C O R D E D   J U D G M E N T
                                     Case Number: 24-C-08-008192 OT
                                              C I V I L
E.A.M. Enterprises, Inc., Et Al Vs Michael Slattery

I HEREBY CERTIFY that the following Judgment has been recorded in this Court in the above entitled case:

Judgment Against:   Slattery, Michael
                    Rathkeale County
                    Bally Williams
                    Limerick, Ireland,

Judgment in Favor of:  E.A.M. Enterprises, Inc.,

| | | |
|---|---|---|
| Judgment Ordered On: | 07/01/10 | |
| Judgment Entry Date: | 08/02/10 | Other Fee: $.00 |
| Amount of Judgment: | $817,950.17 | Service Fee: $.00 |
| PreJudgment Interest: | $.00 | Witness Fee: $.00 |
| Appearance Fee: | $.00 | Attorney Fee: $.00 |
| Filing Fee: | $.00 | Total Judgment: $817,950.17 |

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

Frank M. Conaway
Clerk of the Circuit Court

Issued: 08/02/10

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                            Frank M. Conaway
                        Clerk of the Circuit Court
                              Courthouse East
                         111 North Calvert Street
                                 Room 462
                            Baltimore, MD 21202-
                   (410)-333-3722, TTY for Deaf: (410)-333-4389
```

N O T I C E   O F   R E C O R D E D   J U D G M E N T
                                        Case Number: 24-C-07-006153 OT
                                        C I V I L

William Holden Vs Elmer Mack, Et Al

   I HEREBY CERTIFY that the following Judgment has been recorded in this
Court in the above entitled case:

Judgment Against:   Holden, William

Judgment in Favor of:   E.A.M. Enterprises, Inc.,

| | | | |
|---|---|---|---|
| Judgment Ordered On: | 10/29/08 | | |
| Judgment Entry Date: | 05/29/09 | Other Fee: | $.00 |
| Amount of Judgment: | $58,000.00 | Service Fee: | $.00 |
| PreJudgment Interest: | $.00 | Witness Fee: | $.00 |
| Appearance Fee: | $.00 | Attorney Fee: | $.00 |
| Filing Fee: | $.00 | Total Judgment: | $58,000.00 |

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

                            _____
                            Frank M. Conaway
                            Clerk of the Circuit Court

Issued: 09/30/09

*[Handwritten:]* First Union Bank (Wachovia) # 200000 9733460 — Crossroad Travels — OPEN Account 5/14/08
USAA Federal Savings Bank, San Antonio, Texas # 23590971

I, Frank M. Conaway, Clerk of the Circuit Court
for Baltimore City, hereby certify that this is
a true copy from the record in this court.
Witness the hand and seal of the undersigned
this 9th day of September, 2009.

                            _____
                            Circuit Court for Baltimore City, Maryland



1120118329

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BALTIMORE MD 212
07 NOV 2013 PM 6 L

USMS

