November 11, 2013



Honorable John Gleeson
U.S. Federal Court House

Your Honor,

    I am writing to ask you to consider the maximum sentence possible in the matter of Michael Slattery Jr. on January 10, 2014. For too long crimes against wildlife trafficking laws like The Lacey Act have been under charged and under sentenced. Perhaps this reflects the fact that we as a society do not value nonhuman animal life.
    The Departments of Justice and Homeland Security Investigations have done a tremendous job with Operation Crash in trying to stem the increasing commercial tide of Rhino Horn and Elephant Ivory. Although much of this culminates in Asia, middlemen like Mr. Slattery who buy and sell these products are the key to these criminal acts.
    Viewers of NBC's Rock Center with Brian William saw a segment this summer about Black Rhino's with their faces cut off. These magnificent animals deserve all the protection we can give them. They are the victims, but they cannot speak. They only have the voice of those men and women who will provide them justice. Otherwise our children will have only pictures to remember who these creatures once were.

Respectfully,

Wayne Johnson Ph.D.



Dr. Wayne Johnson
Psychotherapist

**Psychotherapy**
Counseling for adults, families, children
206-234-9807
waynezorro@gmail.com

Mustapha (D) #25 13k 1201 1201

The Honorable John Gleeson
271 Cadman Plaza East
Brooklyn New York
11201

11201183599


