12/28/2013

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 08 2014 ★
BROOKLYN OFFICE

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

Subject: Urge the maximum sentence for Michael Slattery, Jr.

Dear Judge Gleeson,

I am writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the endangered black rhinoceros from extinction, I urge you to sentence Mr. Slattery to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly. A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild – not simply as bygone animals who have become extinct due to human greed. Again, please do whatever is in within your power to sentence this individual to the maximum extent of the law. Thank you.

*Lynell Withers*

Lynell Withers
2108 E 15th Street
Russellville, AR 72802

*Please help put this guy away....*



Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

(SMS)

LETTER ROCK AR 722
30 DEC 2013 PM 3 L

NANCY H. BEAVERS
3988 MOORE HOLLOW ROAD
WOODLAWN, TN  37191

December 28, 2013

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

BROOKLYN OFFICE

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Subject: Maximum sentence for Michael Slattery, Jr.

Dear Judge Gleeson,

I am writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the endangered black rhinoceros from extinction, I urge you to sentence Mr. Slattery to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly. A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild -- not simply as bygone animals having become extinct due to human greed. Again, please do whatever is in within your power to sentence this individual to the maximum extent of the law.  Thank you.

Respectfully,

Nancy Beavers
Nancy Beavers

Mrs. Nancy Beavers
3988 Moore Hollow Rd
Woodlawn, TN 37191-9202

NASHVILLE TN 370

30 DEC 2013 PM 7 L




Equality

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201183299

# John R. Cannon, Ph.D.    Conservation Biologist

1447 Stoney Bottom Rd., Front Royal, Virginia 22630 ♦ 540/631-9025 ♦ FAX 540/631-9046

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

BROOKLYN OFFICE

Subject: <u>Urge the maximum sentence for Michael Slattery, Jr.</u>

Dear Judge Gleeson,

I am writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the *endangered black rhinoceros* from extinction, I urge you to sentence Mr. Slattery to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly. A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild – not simply as bygone animals that have become extinct due to human greed. Again, please do whatever is in within your power to sentence this individual to the maximum extent of the law.

Thank you,

*John Cannon*

*John Cannon*
*1447 Stoney Bottom Rd*
*Front Royal VA 22630*



Hon. John Gleeson
U.S. District Judge
Eastern District of NY
225 Cadman Plaza East
Brooklyn

Hon John Gleeson:
US District Judge
E District of Ne York
225 Cadmann Plaza
Brooklyn NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 0 8 2014 ★

BROOKLYN OFFICE

Dear Judge Gleeson:

I am very concerned about preserving wildlife and wild places for now and for future generations. Many volunteer and give money to support this mission. That is why I am so incensed about Michael Slattery and his violations of the Lacey Act.

I urge you to sentence Mr slattery to the maximum extent of the law.

Sincerely,
Karen Kindel



Ms. Karen Kindel
5921 Freitag St. NW
Canton, OH 44718



CLEVELAND OH 440

31 DEC 2013 PM 6 L

Hon John Gleeson:
US District Judge
E District of Ne York
225 Cadmann Plaza
Brooklyn NY 11201

11201183299

Erin Nelson
701 Longview Street
Greensboro, NC, 27403
December 29, 2013

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

BROOKLYN OFFICE

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

Subject: Urge the maximum sentence for Michael Slattery, Jr.

Dear Judge Gleeson,

I am writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the endangered black rhinoceros from extinction, I urge you to sentence Mr. Slattery to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly. A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these *magnificent animals in the wild* – not simply as bygone animals who have become extinct due to human greed. Again, please do whatever is in within your power to sentence this individual to the maximum extent of the law. Thank you.

Sincerely,

Erin L Nelson
Erin Nelson
nelsonel@guilford.edu
(336)638-4698

Erin Nelson
701 Longview St.
Greensboro, NC 27403

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201183299

GREENSBORO NC 273
PIEDMONT TRIAD AREA
30 DEC 2013 PM 3 L

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

BROOKLYN OFFICE

Subject: Urge the maximum sentence for Michael Slattery, Jr.

Dear Judge Gleeson,

We are writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As concerned citizens wanting to protect the endangered black rhinoceros from extinction, we both urge you to sentence Mr. Slattery to the maximum extent permitted by law!

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn!

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly! A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild – not simply as bygone animals who have become extinct due to human greed! Again, please do whatever is within your power to sentence this individual to the maximum extent of the law!

We thank you so very much!

Kind Regards,

Dave Cross

Rita Cross

AUSTIN TX 787
RIO GRANDE DISTRICT
30 DEC 2013 PM 5 L

David R. Cross
116 Schooner Dr.
Lakeway, TX 78738-1003

The Hon. John Gleeson
U.S. Dist. Judge
Eastern Dist. of NY
225 Cadman Plaza E.
Brooklyn, NY 11201

December 27, 2013

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

**BROOKLYN OFFICE**

RE: Maximum sentence for Michael Slattery, Jr.

I am writing in regard to the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the endangered black rhinoceros from extinction, I urge you to sentence this person to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are relentlessly poached. A strong sentence will send a clear message that this type of activity will not be tolerated in the U.S.

Such individuals encourage poaching, a growing crisis that not only puts at risk populations of animals in the wild; but the criminal trade associated with it has staggering human costs. More than 1,000 wildlife rangers have been killed in the last decade by poachers. And the poaching and illegal trafficking of ivory, rhino horn and other wildlife products are exacerbating corruption, destabilizing rural communities, and undermining tourism-based economies in several African countries.

Illicit wildlife trafficking is now recognized as one of the top five transnational organized crimes--a multibillion-dollar illegal trade that is increasingly dominated by international criminal networks and has been connected to militant groups and organizations with terrorist ties, such as the Lord's Resistance Army and Al-Shabab.

The United States can make a huge difference for rhinos, elephants and other trafficked species if it takes strong and urgent action.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild – not simply as bygone animals who have become extinct due to human greed. Please do whatever is within your power to sentence this individual to the maximum extent of the law.

Thank you for your help to keep wildlife in the wild.

Respectfully,

*M. Marie*
M. Marie
New York

3/5 W. 90 St.
NY NY 10024

Hon. John Gleeson
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

30 DEC 2013 PM 6 L
NEW YORK NY 100



To: Hon. John Gleeson
US District Judge
Eastern District For New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

BROOKLYN OFFICE

Subject: Urge the maximum sentence for Michael Slattery, Jr.

Dear Judge Gleeson,

I am writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the endangered black rhinoceros from extinction, I urge you to sentence Mr. Slattery to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all black rhinoceros species are endangered. The black rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly. A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild – not simply as bygone animals who have become extinct due to human greed. Again, please do whatever is in within your power to sentence this individual to the maximum extent of the law. Thank you.

Barbara & Vince Smolinski    Selbyville, De

Return address:
Mrs Barbara Smolinski
38817 Grant Ave
Selbyville DE 19975-4404





Postmark: WILMINGTON DE 197 — 30 DEC 2013 PM 4 L

Addressee:
Hon. John Gleeson
U.S. District Judge
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

