December 27, 2013

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 23 2015 ★
BROOKLYN OFFICE

Cherie Martin
7434 Auburn Oaks Ct., #48
Sierra Ridge Apartments
Citrus Heights, CA  95621-8417

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, NY 11201

13 CR 615 (JG)

**Subject: Urge the maximum sentence for Michael Slattery, Jr.**

Dear Judge Gleeson,

I am writing to you regarding the hearing scheduled on January 10, 2014 to sentence Michael Slattery, Jr. for violations of the Lacey Act. As a concerned citizen wanting to protect the endangered Black Rhinoceros from extinction, I urge you to sentence Mr. Slattery to the maximum extent permitted by law.

All species of rhinoceros are protected under U.S. and international law, and all Black Rhinoceros species are endangered. The Black Rhinoceros has been driven to the brink of extinction by illicit international markets that value ornamental carvings and alleged medicinal properties of rhinoceros horn.

Individuals such as Mr. Slattery exacerbate the decimation of the rhinoceros population in Africa, where they are poached relentlessly. A strong sentence for Mr. Slattery will send a clear message that this type of activity will not be tolerated in the U.S.

Future generations should have the opportunity to experience the beauty of these magnificent animals in the wild – not simply as bygone animals who have become extinct due to human greed. Again, please do whatever is within your power to sentence Michael Slattery, Jr. to the maximum extent of the law.

Thank you in advance for your consideration and assistance in preserving the life of the Black Rhinoceros.

Sincerely,

Chèrie Martin



7434 Auburn Oaks Cir., Apt. 48
Citrus Heights, CA 95621

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadmann Plaza East
Brooklyn, New York 11201

OAKLAND CA 945
09 SEP 2015 PM 7 L

11201183299